DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY, ESQ. (SBN 82482)
MARK J. ROGERS, ESQ. (SBN 173005)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com
       mjr@dillinghammurphy.com

Attorneys for Defendant Safeway Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| SANDRA L. GILLILAND | Case No. 2:08-cv-01134-MCE-CMK |
|---|---|
| Plaintiffs, | **STIPULATION RE JOINT STATUS REPORT; ORDER** |
| v. | |
| SAFEWAY INC., | Trial Date: None Set |
| Defendants. | Hon. Judge Morrison C. England, Jr. |

Pursuant to Local Rule 83-143, Plaintiff Sandra L. Gilliland and Defendant Safeway Inc. ("Safeway"), through their attorneys, hereby stipulate as follows:

WHEREAS Safeway removed this matter to this Court on May 22, 2008;

WHEREAS this Court issued its Order Requiring Joint Status Report on May 22, 2008 ordering that the parties submit a Joint Status Report within 60 days of removal;

WHEREAS Safeway responded to Plaintiff's Complaint by filing a Motion to Dismiss on May 27, 2008 noticing it for hearing on July 2, 2008;

WHEREAS this Court issued an Order on July 1, 2008 vacating the July 2, 2008 hearing on Safeway's Motion to Dismiss and indicating that the motion was submitted without oral argument;

WHEREAS as of the date of this stipulation, the Court has not issued an order on Safeway's Motion to Dismiss; and

1   WHEREAS the parties cannot prepare a meaningful Joint Status Report prior to the time
2   the Court has issued an order on Safeway's Motion to Dismiss and the matter is at issue:
3   IT IS HEREBY STIPULATED between Plaintiff and Safeway that the date whereby the
4   parties must submit their Joint Status Report is continued until October 3, 2008.

Law Office of Randall S. Bettencourt

Dated: July 22, 2008

By: _____/S/_____
Randall S. Bettencourt, Esq.
Attorneys for Plaintiff Sandra L. Gilliland

Dated: July 22, 2008                    DILLINGHAM & MURPHY, LLP

By: _____/S/_____
Mark J. Rogers
Attorneys for Defendant Safeway Inc.

IT IS SO ORDERED.

DATED: August 7, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE