DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY  (SBN 82482)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California  94104-4207
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300
Email: wfm@dillinghammurphy.com
       bhc@dillinghammurphy.com

Attorneys for Defendant Safeway Inc.

LAW OFFICE OF RANDALL S. BETTENCOURT
RANDALL S. BETTENCOURT (SNB 141513)
75 Declaration Drive, Suite 9
Chico, CA  95973
Tel:  (530) 342-5245
Fax:  (530) 230-2701

Attorney for Plaintiff Sandra L. Gilliland

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. GILLILAND | Case No. 2:08-cv-01134-MCE-CMK |
| Plaintiffs, | **STIPULATION RE JOINT STATUS REPORT; ORDER** |
| v. | |
| SAFEWAY INC., | Trial Date:  None Set |
| Defendants. | Hon. Judge Morrison C. England, Jr. |

Pursuant to Local Rule 83-143, Plaintiff Sandra L. Gilliland and Defendant Safeway Inc. ("Safeway"), through their attorneys, hereby stipulate as follows:

WHEREAS Safeway removed this matter to this Court on May 22, 2008;

WHEREAS this Court issued its Order Requiring Joint Status Report on May 22, 2008 ordering that the parties submit a Joint Status Report within 60 days of removal;

WHEREAS Safeway responded to Plaintiff's Complaint by filing a Motion to Dismiss on May 27, 2008 noticing it for hearing on July 2, 2008;

1  WHEREAS this Court issued an Order on July 1, 2008 vacating the July 2, 2008 hearing on
2  Safeway's Motion to Dismiss and indicating that the motion was submitted without oral argument;
3  WHEREAS the parties submitted a stipulation requesting the Court to continue the date for
4  submission of the Joint Status Report to October 3, 2008, which the Court so ordered on August 7,
5  2008;
6  WHEREAS as of the date of this stipulation, the Court has yet to issue an order on
7  Safeway's Motion to Dismiss; and
8  WHEREAS the parties cannot prepare a meaningful Joint Status Report prior to the time
9  the Court has issued an order on Safeway's Motion to Dismiss and the matter is at issue:
10  IT IS HEREBY STIPULATED between Plaintiff and Safeway that there is good cause for
11  the Court to enter an Order providing that the date by which the parties must submit their Joint
12  Status Report is continued until November 3, 2008.

Law Office of Randall S. Bettencourt

Dated: September 29, 2008

By: /S/ Randall S. Bettencourt
Randall S. Bettencourt, Esq.
Attorneys for Plaintiff Sandra L. Gilliland

Dated: September 29, 2008     DILLINGHAM & MURPHY, LLP

By: /S/ Barbara L. Harris Chiang
Barbara L. Harris Chiang
Attorneys for Defendant Safeway Inc.

IT IS SO ORDERED.

DATED: October 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE